PashmanStein WalderHayden
A Professional Corporation

CJ Griffin
Member of the Firm
Court Plaza South, East Wing
21 Main Street, Suite 200
Hackensack, NJ 07601
Direct: 201.270.4930
Fax: 201.488.5556
cgriffin@pashmanstein.com

September 1, 2026

Patricia S. Dodszuweit
Clerk, U.S. Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

*Submitted via CM/ECF*

**Re: United States v. Lieutenant Governor and Secretary of State for the State of New Jersey**
**Docket No. No. 26-3085**

Dear Ms. Dodszuweit:

I write on behalf Intervenor-Defendant-Appellees the NAACP; NAACP New Jersey State Conference; Salvation and Social Justice; AAPI New Jersey; Returning Citizens Support Group; Association of Black Women Lawyers of New Jersey; Garden State Bar Association; New Jersey Muslim Lawyers Association; People's Organization for Progress; and Edwin Ortiz (collectively "Intervenors").

In response to the Court's Order of August 20, 2026 (ECF No. 4), the above Intervenors respectfully inform the Court that they intend to participate in this appeal and are aligned with Defendant-Appellatee the Lieutenant Governor and Secretary of State for the State of New Jersey.

Respectfully submitted,

/s/ CJ Griffin
CJ Griffin

*Counsel for the Intervenors*