**No. 26-3085**

---

**UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT**

---

**UNITED STATES OF AMERICA,**

**Plaintiff-Appellant,**

**v.**

**LIEUTENANT GOVERNOR AND SECRETARY OF STATE OF NEW JERSEY, et al.,**

**Defendants-Appellees.**

---

# DEFENDANT-APPELLEE'S MOTION FOR 30-DAY EXTENSION OF TIME TO FILE ANSWERING BRIEF

Pursuant to Local Rule 31.4, Appellee Lieutenant Governor and Secretary of State of New Jersey (the "State") respectfully moves for an extension of time until November 27, 2026, to file its answering brief in this appeal—which is 30 days from the current due date of October 28, 2026. In support of this motion, the State avers as follows:

1. This lawsuit arises from Appellant's ("DOJ") demand, in 2025, for an electronic copy of New Jersey's complete, unredacted voter registration list ("VRL"), containing the personally identifiable information of

over six million registered New Jersey voters, including their driver license numbers and the last four digits of social security numbers.

2. At approximately the same time, DOJ sent similar demands to most if not all other states, seeking unredacted copies of their respective VRLs.

3. Like many other states, New Jersey refused to provide an unredacted version of its VRL. DOJ sued, claiming that it was entitled to receive New Jersey's unredacted VRL under Title III of the Civil Rights Act of 1960 (CRA). DOJ similarly sued at least 29 other states, as well as the District of Columbia, seeking to compel production of their VRLs.

4. On July 29, 2026, the District Court granted the State's motion to dismiss DOJ's Complaint in this case, holding that, as a matter of law, the VRL is not a record within the scope of the CRA.

5. To date, the lawsuits DOJ filed against 24 other states, as well as the lawsuit it filed against the District of Columbia, have also been dismissed.

6. DOJ has appealed most, if not all, of those decisions. Those appeals involve essentially the same legal questions as the present appeal.

7. On June 24, 2026, the United States Court of Appeals for the Sixth Circuit affirmed the district court decision dismissing DOJ's lawsuit seeking Michigan's VRL. *United States v. Benson*, 179 F.4th 470 (6th Cir. 2026). To the best of the State's knowledge, DOJ's other appeals are currently pending.

8. On September 4, 2026, the Clerk of Court entered the Briefing and Scheduling Order in this appeal, directing DOJ to file its brief and appendix by October 14, 2026; the State to file its opposition brief within 30 days thereafter; and DOJ to file its reply brief within 21 days thereafter. Dkt. No. 30.

9. On September 14, 2026, DOJ filed its opening brief and joint appendix in this appeal. Dkt. No. 32.

10. On September 22, 2026, the Clerk verbally granted the State's request for a 14-day extension of time to file its answering brief until October 28, 2026.

11. The State has not received any other extensions.

12. Good cause exists for a 30-day extension from the current due date because the State and its counsel have a number of competing commitments leading up to and immediately following that deadline.

13. Most notably, the 2026 general election is scheduled for the following week, on November 3, 2026. The State and its counsel will be occupied with the significant undertaking of preparing for and administering the election. Undersigned counsel for the Attorney General's Office also have various conflicting personal and professional obligations over the coming weeks, including overlapping briefing deadlines in other matters both in federal and state courts.

14. In addition, the undersigned counsel, Mr. Wiygul and Mr. Levine, will be handling a civil trial scheduled to commence in the Philadelphia County Court of Common Pleas on November 2, 2026, and will be occupied with trial preparations in the preceding weeks. The trial is expected to last approximately 5–7 days.

15. Given these obligations, the State seeks a 30-day extension from the current deadline to file its answering brief. The extension will afford sufficient time for the State to respond fully to the arguments presented in DOJ's opening brief.

16. DOJ will not be prejudiced by the requested extension.

17. DOJ claims that it needs New Jersey's unredacted VRL to de-

termine whether the State is in compliance with its list-maintenance obligations under the National Voter Registration Act and Help America Vote Act, and to ensure ineligible individuals do not vote in federal elections. Putting aside the merits of DOJ's position, even under the current schedule, this appeal will not be fully briefed until after the upcoming November 2026 election. So even if DOJ were ultimately to prevail in this matter, the first election that could be affected by this Court's ruling would not be until 2028. The requested extension of the briefing schedule will not change that timeline.

18. DOJ opposes the requested extension and would oppose an extension of any length.

19. Counsel for Intervenors-Appellees do not oppose the requested extension. In the event the Court grants this extension motion, pursuant to this Court's August 20, 2026 Order, Intervenor-Appellees' response briefs would be due on the same date as Defendant-Appellee's response brief. *See* Dkt. No. 4 ("If the intervenors wish to participate in the appeal and file a separate brief, the brief will be due on the same day as the party the intervenors are supporting.").

WHEREFORE, Appellee Lieutenant Governor and Secretary of State of New Jersey respectfully requests that this Court enter an order granting a 30-day extension of time from the current deadline, until November 27, 2026, to file an answering brief.

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY

Dated: September 24, 2026

By: /s/ *Robert A. Wiygul*
Robert A. Wiygul
Jason A. Levine
Michael J. Masciandaro
Hangley Aronchick Segal Pudlin & Schiller
1415 Route 70 East, Suite 405
Cherry Hill, NJ 08034

SUNDEEP IYER
*Solicitor General*

STEPHEN EHRLICH
*Deputy Solicitor General*

LIZA B. FLEMING
*Deputy Attorney General*

R.J. Hughes Justice Complex,
25 Market Street, P.O. Box 080
Trenton, New Jersey 08625

*Attorneys for Appellee Lieutenant Governor and Secretary of State of New Jersey*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Fed. R. App. P. 32(g), the undersigned hereby certifies as follows:

1. This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. 32(f), it contains 881 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 365 in 14-point Century Schoolbook font.

/s/ *Robert A. Wiygul*
Robert A. Wiygul

## CERTIFICATE OF SERVICE

I certify that on September 24, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Third Circuit using the appellate CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

/s/ *Robert A. Wiygul*
Robert A. Wiygul